**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ORALIA DE MONGE SEPULVEDA,** ) | **NO. CV 06-08164-MAN** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGMENT** |
| **v.** ) | |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the** ) | |
| **Social Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion.

DATED: September 19, 2008

                                    /s/
                         MARGARET A. NAGLE
                    UNITED STATES MAGISTRATE JUDGE