IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
LAW OFFICES OF IRENE RUZIN
16311 VENTURA BLVD., SUITE 900
ENCINO, CA 91436
TEL:  (818) 325-2888
FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ORALIA DE MONGE SEPULVEDA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ORALIA DE MONGE SEPULVEDA, ) | Case No.: CV 06-08164 |
| Plaintiff, ) | [~~PROPOSED~~]  ORDER |
| vs. ) | AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendants. ) | MARGARET A. NAGLE |
| ) | UNITED STATES MAGISTRATE |
| ) | JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin,  as Plaintiff's assignee,  is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND FOUR HUNDRED DOLLARS ($4,400.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: December 16, 2008

_____/s/_____
MARGARET A. NAGLE
U.S. MAGISTRATE JUDGE